THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 
 
 

v.

 
 
 
 Reggie Branson, Appellant.
 
 
 

Appeal From Spartanburg County
Roger L. Couch, Circuit Court Judge
Unpublished Opinion No. 2007-UP-517
Submitted October 1, 2007  Filed November
 9, 2007
APPEAL
 DISMISSED

 
 
 
 Appellate Defender Eleanor Duffy Cleary, South Carolina
 Commission, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott,
 Office of the Attorney General, of Columbia; and Solicitor Harold W. Gowdy,
 III, of Spartanburg, for Respondent.
 
 
 

PER CURIAM:  A
 jury found Reggie Branson guilty of second degree burglary.  Branson was
 sentenced to five years, suspended upon sixty days incarceration and four years
 probation.  Pursuant to Anders v. California, 386 U.S. 738 (1967),
 appellants counsel attached a petition to be relieved.
After review of the
 record pursuant to Anders v. California, 386 U.S. 738 (1967) and State
 v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss this appeal
 and grant counsels petition to be relieved.[1]
APPEAL
 DISMISSED.   
Hearn, CJ.,
 Huff, and Kittredge , JJ., concur.

[1] We decide this case without oral argument
 pursuant to Rule 215, SCACR.